# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Aries Global Logistics Inc | 1/6/2023 | Wire | $ 4,006.07 |
| Akorn Operating Company, LLC | Aries Global Logistics Inc | 1/13/2023 | Wire | $ 265.00 |
| Akorn Operating Company, LLC | Aries Global Logistics Inc | 1/27/2023 | Wire | $ 2,824.67 |
| Akorn Operating Company, LLC | Aries Global Logistics Inc | 2/1/2023 | Wire | $ 3,717.63 |
|  |  |  |  | $ 10,813.37 |